THE PEOPLE OF THE STATE OF NEW YORK ex rel. FREDERICK H. WEDDEKE, Appellant, against VERNON A. MORHOUS, as Warden of Great Meadow Prison, Respondent.— Appeal from an order dismissing a writ of habeas corpus. Appellant asserts that he was not advised of his right to counsel. The record shows that he was advised of his rights and did not request that counsel be assigned. Order affirmed. All concur.